**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRANDON MARSHALL,

    Petitioner,

v.                                                     Case No. 8:11-cv-2016-T-30TBM
                                                    Criminal Case No. 8:10-cr-57-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **O R D E R**

This cause if before the Court on Brandon Marshall's ("Marshall") unopposed 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence (hereinafter "motion" or "motion to vacate"). (Doc. cv-1; cr-142).

On October 4, 2011, the Eleventh Circuit vacated *United States v. Rojas*, 645 F.3d 1234 (11th Cir. 2011), so that the cause could be reheard by the Eleventh Circuit *en banc, see United States v. Rojas*, No. 10-14662 (October 4, 2011). *Rojas* was the controlling law on which the present unopposed motion to vacate was based.

Since *Rojas* has been vacated, the Court **ORDERS**:

1.       That this case is STAYED.

2. The Clerk is directed to administratively CLOSE this case. Within thirty (30) days of the date the Eleventh Circuit enters its *en banc* decision in *Rojas*, Marshall shall file a motion to reopen this case and, if necessary, an amended § 2255 motion to vacate.

**DONE** and **ORDERED** in Tampa, Florida on October 6, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: Counsel of Record:
FPD: Rosemary Cakmis
AUSA: Walter E. Furr, III